UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO - WESTERN DIVISION AT DAYTON

| | |
|---|---|
| LUCAS BURGESS, et al., | ) Case No. 3:10-cv-00024 |
|   | ) |
|   Plaintiffs, | ) Judge Rose |
|   | ) Magistrate Ovington |
| vs. | ) |
|   | ) |
| GENE FISCHER, et al., | ) |
|   | ) |
|   Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Now come the parties, by and through counsel, and hereby give notice to this Honorable Court that the above captioned case has been settled, and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), hereby stipulate that all of Plaintiffs' claims against Defendants are hereby dismissed with prejudice to refiling.

Respectfully submitted,

For Plaintiffs Lucas and Angela Burgess:

/s/ Dwight D. Brannon
Dwight D. Brannon (0021657)
Matthew C. Schultz (0080142)
Attorneys for Plaintiffs
BRANNON & ASSOCIATES
130 W. Second St.     Suite 900
Dayton, OH   45402
Telephone:     (937) 228-2306
Facsimile:      (937) 228-8475
E-Mail:          dbrannon@branlaw.com
                      mschultz@branlaw.com

Douglas Casteel (0003630)
Attorney for Plaintiffs
101 N. First Street
Miamisburg, OH 45342
Telephone:     (937) 866-9933
Facsimile:     (937) 866-9022

For Plaintiff Ohio Department of Job and Family Services:

/s/Robert J. Byrne (via email authority)
Robert J. Byrne (0040299)
Office of Attorney General Mike DeWine
150 E Gay Street, 21st Floor
Columbus, Ohio 43215
Telephone:      (614) 466-8459
Facsimile:       (614) 752-9070
E-Mail:          robert.byrne@ohioattorneygeneral.gov

For Defendants:

/s/ Edward Dowd (via email authority)
Edward J. Dowd (0018681)
Kevin A. Lantz (0063822)
Surdyk Dowd & Turner Co LPA
Counsel for Greene County Defendants
One Prestige Place, Suite 700
Miamisburg, OH 45342
Telephone:     (937) 222-2333
Facsimile:     (937) 222-1970
E-Mail:         edowd@sdtlawyers.com
                klantz@sdtlawyers.com

## **CERTIFICATE OF SERVICE**

       I hereby certify that on June 5, 2014, the foregoing was filed using the Court's CM/ECF system, which will serve notice of the filing by electronic mail on the following counsel:

**Edward Dowd, Esq.**
**Kevin Lantz, Esq.**
Surdyk Dowd & Turner Co LPA
One Prestige Place, Suite 700
Miamisburg, OH 45342
Counsel for Greene County Defendants

**Robert J. Byrne, Esq.**
Office of Attorney General Mike DeWine
150 E Gay Street, 21st Floor
Columbus, Ohio 43215
Counsel for Plaintiff ODJFS

                                                 /s/ Dwight D. Brannon
                                                 Dwight D. Brannon